IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVERSE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-1308-GBW |
| | ) |
| BIOVERSE INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule 83.7, Marisa R. De Feo and Michelle Streifthau-Livizos of Saul Ewing LLP hereby withdraw their appearance as counsel for Defendant Bioverse Inc. and Karen E. Keller and Lindsey M. Gellar of Shaw Keller LLP hereby enter their appearance for Defendant Bioverse Inc. in this matter.

| | |
|---|---|
| /s/ Karen E. Keller | /s/ Michelle Streifthau-Livizos |
| Karen E. Keller (No. 4489) | Marisa R. De Feo (No. 6778) |
| Lindsey M. Gellar (No. 7202) | Michelle Streifthau-Livizos (No. 6584) |
| SHAW KELLER LLP | SAUL EWING LLP |
| I.M. Pei Building | 1201 North Market Street |
| 1105 North Market Street, 12th Floor | Ste 23rd Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | 302-421-6834 |
| kkeller@shawkeller.com | marisa.defeo@saul.com |
| lgellar@shawkeller.com | michelle.streifthau-livizos@saul.com |
| *Entering Attorneys for Defendant Bioverse Inc.* | *Withdrawing Attorneys for Defendant Bioverse Inc.* |

Dated: March 25, 2025